Law Offices of
# JAMES E. BAHAMONDE, P.C.

2501 Jody Court
North Bellmore, NY 11710
Long Island Tel. (516) 783-9662
New York City Tel. (646) 290-8258
Fax No. (646) 435-4376
James@CivilRightsNY.com

**ECF FILED**

July 27, 2015

Hon. Andrew L. Carter
Southern District of New York
40 Foley Sq.
New York, NY 10007

                Re.    *Hiraldo v. The New York and Presbyterian Hospital et al.*
                      **S.D.N.Y.   15cv0530 (ALC)**

Dear Judge Carter:

      This office represents Plaintiff in the above-referenced action. We write with the consent of the defendants to provide the Court with a status report.

      On June 29, 2015, Your Honor held an initial pretrial conference and ordered parties to submit a joint status report by July 27, 2015.

      Since the initial conference, parties have been discussing reassigning Plaintiff Pedro Hiraldo to a different position at the same rate of pay as compared to his previous position. In particular, on July 22, 2015, Defendant New York and Presbyterian Hospital offered Mr. Hiraldo the position as a Housekeeping Worker at the New York and Presbyterian Hospital Columbia Campus. Today, Plaintiff submitted a written response to Defendants proposing certain job accommodations.

      Although we are not exactly there yet, with little more time we are confident we will be able to find Mr. Hiraldo a position he can accomplish, with the necessary reasonable accommodations. Consequently, we propose to write the court again no later than August 17, 2015, to provide an update on the status.

                                                      Respectfully,

**James E. Bahamonde, P.C.**

July 27, 2015
Page   - 2 -

                        James E. Bahamonde

cc:
James S. Frank, Esq.
D. Martin Stanberry, Esq.