EPSTEIN BECKER & GREEN, P.C.
James S. Frank
jfrank@ebglaw.com
Brian G. Cesaratto
bcesaratto@ebglaw.com
250 Park Avenue
New York, New York 10177
(212) 351-4500
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- x

PEDRO HIRALDO,

       Plaintiff,    15 CV 0530 (ALC)

  - against -

             **NOTICE OF APPEARANCE**

THE NEW YORK AND PRESBYTERIAN HOSPITAL,
S. LESLEY KONDRATOWICZ, HELEN LEE, MD and
SHAWN MCCOLLISTER,

       Defendants

------------------------------------------- x

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

  PLEASE TAKE NOTICE that the undersigned hereby enters an appearance as counsel in this case for Defendants The New York and Presbyterian Hospital, S. Lesley Kondratowicz, Helen Lee, MD and Shawn McCollister.

Dated: New York, New York    EPSTEIN BECKER & GREEN, P.C.
   October 12, 2015

            By: /s/Brian G. Cesaratto
              Brian G. Cesaratto
            250 Park Avenue
            New York, New York  10177-1211
            (212) 351-4500
            *Attorneys for Defendants*