UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

PEDRO HIRALDO,                                  :

                Plaintiff,          :          **ORDER**

   -against-                                       :          15cv530-ALC-FM

THE NEW YORK AND PRESBYTERIAN   :
HOSPITAL, et al.,

              Defendants.         :

----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/6/2016

**FRANK MAAS**, United States Magistrate Judge.

       Pursuant to the telephone conference held on January 4, 2016, it is hereby

ORDERED that:

1. By February 19, 2016, all fact discovery shall be completed.

2. By March 18, 2016, Plaintiff shall provide to Defendants his expert witness reports, including the information required by Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure. By April 22, 2016, Defendants shall provide to Plaintiff their expert witness reports, including the information required by Rule 26(a)(2)(B).

3. By May 6, 2016, expert discovery shall be completed.

4. A subsequent telephone conference in this matter shall be held on February 22, 2016, at 4:00 p.m. Plaintiff's counsel shall initiate the call by placing a conference call to my chambers at (212) 805-6727.

Requests for adjournment must be made to the Court, in writing, at least two business days prior to the conference.

SO ORDERED.

Dated:     New York, New York
           January 6, 2016

                                            _____
                                            FRANK MAAS
                                            United States Magistrate Judge

Copies to counsel via ECF